IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 17-21066-CMB |
| JASON A. MCCULLOUGH | ) Chapter 13 |
| AND LADONNA M. MCCULLOUGH | ) |
| AKA LADONNA M. JOHNSON | ) Related to Document no. 20, 23 |
| AKA LADONNA M. SIMMONS, | ) |
| | ) |
| Debtors. | ) |
| | ) |
| SIERRA AUTO FINANCE LLC, | ) |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| JASON A. MCCULLOUGH | ) |
| AND LADONNA M. MCCULLOUGH | |
| AKA LADONNA M. JOHNSON | |
| AKA LADONNA M. SIMMONS, | |
| | |
| Debtors | |

### ORDER APPROVING STIPULATION RESOLVING
### OBJECTION TO CONFIRMATION

And now, this 28th day of April, 2017, the terms and conditions of the foregoing stipulation are hereby approved by the Court.

_____
Hon. Carlota M. Bohm
United States Bankruptcy Judge
Eastern District of Pennsylvania

FILED
4/28/17 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 17-21066-CMB
Jason A. McCullough                                             Chapter 13
LaDonna M. McCullough
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                  Page 1 of 1                  Date Rcvd: Apr 28, 2017
                              Form ID: pdf900             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db/jdb         Jason A. McCullough,    LaDonna M. McCullough,    302 E 4th St,    Derry, PA   15627-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Martin A. Mooney    on behalf of Creditor    Sierra Auto Finance LLC tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert H. Slone    on behalf of Joint Debtor LaDonna M. McCullough robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone    on behalf of Debtor Jason A. McCullough robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. thomas.song@phelanhallinan.com
                                                                                             TOTAL: 9
```