**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jason A. McCullough<br>LaDonna M. McCullough aka LaDonna M. Johnson, aka LaDonna M. Simmons<br>　　　　　　　Debtor(s) | BK. NO. 17-21066 CMB |
| Harley-Davidson Credit Corp<br>　　　　　　　Movant<br>v.<br>Jason A. McCullough<br>LaDonna M. McCullough aka LaDonna M. Johnson, aka LaDonna M. Simmons<br>　　　　　　　Respondent<br>and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　Additional Respondent | CHAPTER 13<br><br>Related to Document No. 27<br><br>**ENTERED BY DEFAULT** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　　AND NOW, this 1st day of June, 2017, at Pittsburgh, upon Motion of Harley-Davidson Credit Corp, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 HARLEY-DAVIDSON FLD-103 DYNA SWITCHBACK, VIN:1HD1GZM12DC329762, in a commercially reasonable manner.

_/s/ Carlota M. Böhm_
United States Bankruptcy Judge    kmt

FILED
6/1/17 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jason A. McCullough  
LaDonna M. McCullough  
     Debtors

Case No. 17-21066-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: kthe      Page 1 of 1      Date Rcvd: Jun 01, 2017  
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.  
db/jdb        Jason A. McCullough,   LaDonna M. McCullough,   302 E 4th St,   Derry, PA  15627-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2017 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
        Martin A. Mooney    on behalf of Creditor    Sierra Auto Finance LLC tshariff@schillerknapp.com, ahight@schillerknapp.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Regional Acceptance Corporation pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        Robert H. Slone    on behalf of Joint Debtor LaDonna M. McCullough robertslone223@gmail.com, rslone@pulsenet.com;G17689@notify.cincompass.com  
        Robert H. Slone    on behalf of Debtor Jason A. McCullough robertslone223@gmail.com, rslone@pulsenet.com;G17689@notify.cincompass.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
        Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. thomas.song@phelanhallinan.com  
                                                                                                            TOTAL: 9