# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | JASON A. & LADONNA M. MCCULLOUGH |
| Case Number: | 17-21066-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 05, 2017 10:30 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/11/17 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#38 Amended Plan Dated 8/23/2017 (NFC)
#39 Certificate of Service
R / M #:  38 / 0

**Appearances:**

Debtor: Slone [handwritten]
Trustee: Winnecour / Bedford / Pail / **Katz** (circled)
Creditor: Martin for Regional Acceptance Corp. [handwritten]

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to 12/21/17 at 10:00 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____
9. _____ Contested Hearing: _____ at _____
10. _____ Other:

[Handwritten notes:]
Debtor H is to have started new job at end of March.

Asked for updated pay stubs

Agreement between Debtor & Regional Acceptance providing for Secured claim $6200 at 6% interest. to be incorporated in updated prep.

9/29/2017  10:23:53 AM