## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

| | | |
|---|---|---|
| **Debtor:** | JASON A. & LADONNA M. MCCULLOUGH | |
| **Case Number:** | 17-21066-CMB    **Chapter:** 13 | |
| **Date / Time / Room:** | THURSDAY, DECEMBER 21, 2017 10:00 AM   3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
12/28/17 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Matter:***

#38 - Continued Confirmation of Plan Dated 8/23/2017 (NFC)
R / M #:  38 / 0

***Appearances:***

Debtor: Slone
Trustee: Winnecour / Bedford / Pail / Katz
Creditor: Carr - Regional Acceptance Corp

***Proceedings:***

Outcome: Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by  2-28-18.
   Objections are due on or before  3-15-18.
   A hearing on the Amended Plan is set for  3-29-18  at  11 —.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/14/201'  8:02:48AM