# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-21066-CMB |
| | ) | |
| Jason A. McCullough | ) | Chapter 13 |
| LaDonna M. McCullough | ) | |
|    aka LaDonna M. Johnson | ) | RE: Document Nos. 45 & 42 |
|    aka LaDonna M. Simmons | ) | |
| | ) | |
| **Debtors** | ) | |

## CERTIFICATE OF SERVICE OF ORDER OF COURT AND AMENDED CHAPTER 13 PLAN DATED FEBRUARY 9, 2018

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below and on the attached list on February 14, 2018 by the following:

Service by Electronic Notification:

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

See attached list.

EXECUTED ON: February 14, 20187

                By:    /s/ ROBERT H. SLONE
                          Robert H. Slone, Esquire
                          MAHADY & MAHADY
                          223 South Maple Avenue
                          Greensburg, PA 15601
                          (724) 834-2990
                          PA I.D. No. 19963
                          robertslone223@gmail.com

Berkheimer Tax Innovations
PO Box 25153
Lehigh Valley, PA  18002-5153

Blue Sky Realty
362 N Park St
Sykesville, PA  15865-1138

Capital One Bank USA N
PO Box 71083
Charlotte, NC 28272

Capital One
PO Box 30285
Salt Lake City, UT 84130

Client Services Inc.
3451 Harry S Truman Blvd
Saint Charles, MO  63301-4047

Department of Treasury
PO Box 804527
Cincinnati, OH  45280-4527

U.S. Dept of Education/Nelnet
121 S. 13th St, Ste. 201
Lincoln, NE  68508-1904

Esb/Harley Davidson Credit
PO Box 21829
Carson City, NV  89721-1829

First National Bank of Omaha
c/o Brumbaugh and Quandal, PC
4885 S. 118th Street, Ste. 100
Omaha, NE 68137

Harley-Davidson Credit Corp
PO Box 9013
Addison, TX 75001

Latrobe Hospital
1 Mellon Way
Latrobe, PA  15650-1197

Nelnet Claims
PO Box 82505
Lincoln, NE  68501-2505

Nelnet/US Dept Education
PO Box 740283
Atlanta, GA  30374-0283

Onemain Financial
PO Box 3251
Evansville, IN  47731

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0432

Peoples Natural Gas Company
c/o James Wallace, PC
845 North Lincoln Avenue
Pittsburgh, PA 15233

Pittsburgh Technical College
1111 McKee Rd
Oakdale, PA  15071-3211

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA  23502-4952

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA  23541

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Regional Finance Corp
550 Ohio Pike Unit F
Cincinnati, OH  45255-3472

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894

Sierra Auto Finance
5005 Lyndon B Johnson Fwy Ste 700
Dallas, TX  75244-6145

```
Sierra Auto Finance, Inc.
PO Box 165028
Irving, TX 75016

Sierra Auto Finance
c/o Peritus Portfolio Se
PO Box 141419
Irving, TX 75014

U.S. Dept. of Education
c/o Nelnet
121 South 13th Street, Ste 201
Lincoln, NE 68508

Southern CA
2420 Professional Dr
Rocky Mount, NC  27804-2253

Wells Fargo Bank NA
Wells Fargo Home Mortgage
Americas Servicing
Attn Bankruptcy Department
3476 Stateview Blvd
Fort Mill, SC 29715

Wells Fargo Bank, NA
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121

Westmoreland Emer Medical
Specialists
PO Box 1348
Indiana, PA  15701-5348


Office of the U.S. Trustee
Liberty Center, Ste. 970
1001 Liberty Avenue
Pittsburgh, PA 15222
```