# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-21066-CMB |
| | ) | |
| Jason A. McCullough | ) | Chapter 13 |
| LaDonna M. McCullough | ) | Related to: |
|     aka LaDonna M. Johnson | ) | Document No.  47 |
|     aka LaDonna M. Simmons | ) | |
|                          Debtors | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| LaDonna M. McCullough | ) | |
|     aka LaDonna M. Johnson | ) | |
|     aka LaDonna M. Simmons | ) | |
|                          Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Southwestern Veterans' Center | ) | |
| | ) | |
|                          Respondent | ) | |

### AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

    The above named debtors having filed a Chapter 13 petition and debtors or Trustee having moved to attach wages to fund the Chapter 13 Plan; IT IS THEREFORE ORDERED that until further order of this Court, the entity from which the debtors received income:

Commonwealth of PA, Southwestern VA Center
7060 Highland Avenue
Pittsburgh, PA 15206-1259

shall deduct from said income the amount of **$3,100.00 per month,** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any pay period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums **ON AT LEAST A MONTHLY BASIS TO:**

**RONDA WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
P.O. BOX 84051
CHICAGO, IL 60689-4002**

    IT IS FURTHER ORDERED that the above named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.
    IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension or union dues be paid to the debtor in accordance with usual payment procedures.
    IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.
    IT IS FURTHER ORDERED that this order supersedes previous orders made to the above named entity in this case.
    IT IS FURTHER ORDERED that the above named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

    DATED this __15th__ day of __February__, 2018

*Carlota M. Böhm*
Carlota M. Böhm, U.S. Bankruptcy Judge          kmt

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED
2/15/18 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jason A. McCullough
LaDonna M. McCullough
    Debtors

Case No. 17-21066-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe        Page 1 of 1        Date Rcvd: Feb 15, 2018
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.
jdb          LaDonna M. McCullough,   302 E 4th St,   Derry, PA  15627-1618
              Commonwealth of PA,   Southwestern VA Center,   Attn: Payroll Manager,   7060 Highland Avenue,
               Pittsburgh, PA  15206-1259

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor    Regional Acceptance Corporation acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Martin A. Mooney    on behalf of Creditor    Sierra Auto Finance LLC tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Regional Acceptance Corporation pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert H. Slone    on behalf of Joint Debtor LaDonna M. McCullough robertslone223@gmail.com, rslone@pulsenet.com;G17689@notify.cincompass.com
          Robert H. Slone    on behalf of Debtor Jason A. McCullough robertslone223@gmail.com, rslone@pulsenet.com;G17689@notify.cincompass.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
                                                                             TOTAL: 10