**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JASON A. MCCULLOUGH
LADONNA M. MCCULLOUGH

Case No. 17-21066CMB

Debtor(s)

Chapter 13

Ronda J. Winnecour

Document No.___

Movant

vs.

WELLS FARGO BANK NA
Respondent(s)

INTERIM NOTICE OF CURE OF ARREARS

Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 29
Court Claim Number - 9

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

3/15/2018

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  JASON A. MCCULLOUGH
  LADONNA M. MCCULLOUGH

Case No.:17-21066CMB

          Debtor(s)

Chapter 13

  Ronda J. Winnecour

Document No.___

          Movant
        vs.

  WELLS FARGO BANK NA

          Respondent(s)

**CERTIFICATE OF SERVICE**

        I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

JASON A. MCCULLOUGH, LADONNA M. MCCULLOUGH, 302 E 4TH ST, DERRY, PA 15627-1618
 ROBERT HENRY SLONE ESQUIRE, MAHADY & MAHADY, 223 S MAPLE AVE, GREENSBURG, PA  15601
WELLS FARGO BANK NA, ONE HOME CAMPUS, MAC# X2302-04C, DES MOINES, IA 50328
WELLS FARGO BANK, 1000 BLUE GENTIAN RD, EAGAN, MN  55121
 JEROME BLANK ESQ, PHELAN ET AL, 1617 JFK BLD STE 1400, 1 PENN CENTER PLAZA, PHILADELPHIA, PA  19103

03/15/2018

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com