**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-21066-CMB |
| Jason A. McCullough ) | |
| Ladonna M. McCullough ) | |
| ) | |
|       Debtor ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Document No. 53 |

## CONSENT ORDER MODIFYING APRIL 3, 2018 ORDER

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 3, 2018 it is

ORDERED that Part "1.H." be amended to add the following: The provision deleting Blue Sky Realty is payable per plan for 48 Saltsburg Road.

The April 3, 2018 order otherwise remains in full force and effect.

                                                        BY THE COURT:

                                                        _____
                                                        Carlota M. Bohm
                                                        U.S. BANKRUPTCY JUDGE

Consented to:

\_\_/s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 325
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

/s/Robert H. Slone
Robert H. Slone
Attorney for debtors
Mahady & Mahady
223 South Maple Avenue
Greensburg PA 15601
724-834-2990
Robertslone223@gmail.com