IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17-21066-CMB |
| Jason A. McCullough | ) |
| Ladonna M. McCullough | ) |
| | ) |
| Debtor | ) Chapter 13 |
| | ) Document No. 56 |
| | ) Related to Document No. 53 |

## CONSENT ORDER MODIFYING APRIL 3, 2018 ORDER

AND NOW, this  24th  day of  May , 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 3, 2018 it is

ORDERED that Part "1.H." be amended to add the following: The provision deleting Blue Sky Realty is payable per plan for 48 Saltsburg Road.

The April 3, 2018 order otherwise remains in full force and effect.

BY THE COURT:

Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

FILED
5/24/18 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

__/s/ Jana S. Pail__
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 325
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

/s/Robert H. Slone
Robert H. Slone
Attorney for debtors
Mahady & Mahady
223 South Maple Avenue
Greensburg PA 15601
724-834-2990
Robertslone223@gmail.com

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 17-21066-CMB
Jason A. McCullough                                             Chapter 13
LaDonna M. McCullough
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1             Date Rcvd: May 24, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db/jdb         Jason A. McCullough,    LaDonna M. McCullough,    302 E 4th St,    Derry, PA    15627-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Regional Acceptance Corporation acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Martin A. Mooney    on behalf of Creditor    Sierra Auto Finance LLC ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert H. Slone    on behalf of Joint Debtor LaDonna M. McCullough robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone    on behalf of Debtor Jason A. McCullough robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
                                                                                             TOTAL: 10