**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-21066-CMB |
| | ) | |
| Jason A. McCullough | ) | Chapter 13 |
| LaDonna M. McCullough | ) | |
|    aka LaDonna M. Johnson | ) | Document No. |
|    aka LaDonna M. Simmons | ) | |
|       Debtors | ) | |
| _____ | ) | |
| Jason A. McCullough | ) | Hearing Date: 9/19/2018 @ 10:00 AM |
| LaDonna M. McCullough | ) | Courtroom B—Pittsburgh |
|    aka LaDonna M. Johnson | ) | |
|    aka LaDonna M. Simmons | ) | |
|       Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO CONVERT CASE TO CHAPTER 7**

TO THE RESPONDENTS AND ALL PARTIES IN INTEREST:

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **August 10, 2018** (i.e., seventeen (17) calendar days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at **www.pawb.uscourts.gov.** If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your Lawyer at once.**

**A hearing will be held on Wednesday, September 19, 2018 at 10:00 a.m. before the Honorable Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.** Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An Order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:  July 24, 2018                                    /s/ ROBERT H. SLONE
                                                                   Robert H. Slone, Esquire
                                                                   Attorney for Debtors
                                                                   PA I.D. No. 19963
                                                                   MAHADY & MAHADY
                                                                   223 South Maple Avenue
                                                                   Greensburg, PA 15601
                                                                   (724) 834-2990
                                                                   robertslone223@gmail.com