**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-21066-CMB |
| | ) | |
| Jason A. McCullough | ) | Chapter 7 |
| LaDonna M. McCullough | ) | |
|    aka LaDonna M. Johnson | ) | RE: Document No. 65/68 |
|    aka LaDonna M. Simmons | ) | |
|       Debtors | ) | |
| _____ | ) | |
| Jason A. McCullough | ) | Hearing: 9/17/2018 @ 1:30 PM |
| LaDonna M. McCullough | ) | Courtroom B—Pittsburgh |
|    aka LaDonna M. Johnson | ) | |
|    aka LaDonna M. Simmons | ) | |
|       Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**CERTIFICATE OF SERVICE OF ORDER DATED JULY 25, 2018**

    I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the addresses specified below on July 26, 2018 by the following:

Service by First-Class Mail:

See attached list.

Service by Electronic Notification:

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

EXECUTED ON: July 26, 2018

By: /s/ ROBERT H. SLONE
Robert H. Slone, Esquire
PA I.D. No. 19963
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724)834-2990
robertslone223@gmail.com

Berkheimer Tax Innovations
PO Box 25153
Lehigh Valley, PA  18002-5153

Blue Sky Realty
362 N Park St
Sykesville, PA  15865-1138

Capital One Bank USA N
PO Box 71083
Charlotte, NC 28272

Capital One
PO Box 30285
Salt Lake City, UT 84130

Client Services Inc.
3451 Harry S Truman Blvd
Saint Charles, MO  63301-4047

Department of Treasury
PO Box 804527
Cincinnati, OH  45280-4527

U.S. Dept of Education/Nelnet
121 S. 13th St, Ste. 201
Lincoln, NE  68508-1904

Esb/Harley Davidson Credit
PO Box 21829
Carson City, NV  89721-1829

First National Bank of Omaha
c/o Brumbaugh and Quandal, PC
4885 S. 118th Street, Ste. 100
Omaha, NE 68137

Harley-Davidson Credit Corp
PO Box 9013
Addison, TX 75001

Latrobe Hospital
1 Mellon Way
Latrobe, PA  15650-1197

Nelnet Claims
PO Box 82505
Lincoln, NE  68501-2505

Nelnet/US Dept Education
PO Box 740283
Atlanta, GA  30374-0283

Onemain Financial
PO Box 3251
Evansville, IN  47731

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0432

Peoples Natural Gas Company
c/o James Wallace, PC
845 North Lincoln Avenue
Pittsburgh, PA 15233

Pittsburgh Technical College
1111 McKee Rd
Oakdale, PA  15071-3211

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA  23502-4952

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA  23541

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Regional Finance Corp
550 Ohio Pike Unit F
Cincinnati, OH  45255-3472

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894

Sierra Auto Finance
5005 Lyndon B Johnson Fwy Ste 700
Dallas, TX  75244-6145

Sierra Auto Finance, Inc.
PO Box 165028
Irving, TX 75016

Sierra Auto Finance
c/o Peritus Portfolio Se
PO Box 141419
Irving, TX 75014

U.S. Dept. of Education
c/o Nelnet
121 South 13th Street, Ste 201
Lincoln, NE 68508

Southern CA
2420 Professional Dr
Rocky Mount, NC  27804-2253

Wells Fargo Bank NA
Wells Fargo Home Mortgage Americas Servicing
Attn Bankruptcy Department
3476 Stateview Blvd
Fort Mill, SC 29715

Wells Fargo Bank, NA
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121

Westmoreland Emer Medical Specialists
PO Box 1348
Indiana, PA  15701-5348

Office of the U.S. Trustee
Liberty Center, Ste. 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Charles O. Zebley, Jr.
PO Box 2124
Uniontown, PA 15401

Keri P. Ebeck, Esquire
Bernstein-Burkley, PC
707 Grant Street, Ste. 2200
Gulf Tower
Pittsburgh, PA 15219

Peter J. Ashcroft, Esquire
Bernstein-Burkley, PC
707 Grant Street, Ste. 2200
Gulf Tower
Pittsburgh, PA 15219

James Warmbrodt, Esquire
KML Law Group
701 Market Street, Ste. 5000
Philadelphia, PA 19106

Thomas Song, Esquire
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

Martin A. Mooney, Esquire
Schiller, Knapp, Lefkowitz & Hertzel, LLP
950 New Loudon Road, Ste. 109
Latham, NY 12110

Commonwealth of PA, Southwestern VA Center
7060 Highland Avenue
Pittsburgh, PA 15206-1259