**Form 132**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

67
mgut

In re:                                                                                            Bankruptcy Case No.: 17−21066−CMB

Chapter: 7

**Jason A. McCullough**            LaDonna M. McCullough
   Debtor(s)                              aka LaDonna M. Johnson, aka LaDonna M. Simmons

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE**
**AND DETERMINATION OF TRUSTEE BOND**

   Charles O. Zebley Jr. is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 7/25/18                                                                            **Andrew R. Vara**
                                                                                         Acting United States Trustee

                                                                                         **Joseph S. Sisca**
                                                                                         Assistant United States Trustee
                                                                                         Western District of Pennsylvania

---

I Charles O. Zebley Jr., hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                         Charles O. Zebley Jr.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-21066-CMB
Jason A. McCullough                                                   Chapter 7
LaDonna M. McCullough
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: mgut              Page 1 of 1       Date Rcvd: Jul 25, 2018
                       Form ID: 132            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2018.
tr             +Charles O. Zebley, Jr.,    P.O. Box 2124,    Uniontown, PA 15401-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
      Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
      James   Warmbrodt     on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
      Martin A. Mooney    on behalf of Creditor   Sierra Auto Finance LLC ahight@schillerknapp.com, kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor   Regional Acceptance Corporation pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Robert H. Slone    on behalf of Joint Debtor LaDonna M. McCullough robertslone223@gmail.com, rslone@pulsenet.com;G17689@notify.cincompass.com
      Robert H. Slone    on behalf of Debtor Jason A. McCullough robertslone223@gmail.com, rslone@pulsenet.com;G17689@notify.cincompass.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      Thomas   Song    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
                                                                                             TOTAL: 11