**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason A. McCullough** | Social Security number or ITIN | **xxx–xx–0499** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **LaDonna M. McCullough** | Social Security number or ITIN | **xxx–xx–6573** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **3/20/17** |
| Case number: | **17–21066–CMB** | Date case converted to chapter **7** | **7/25/18** |

Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set           12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason A. McCullough | LaDonna M. McCullough |
| 2. | **All other names used in the last 8 years** | | aka LaDonna M. Johnson, aka LaDonna M. Simmons |
| 3. | **Address** | 302 E 4th St<br>Derry, PA 15627–1618 | 302 E 4th St<br>Derry, PA 15627–1618 |
| 4. | **Debtor's attorney**<br>Name and address | Robert H. Slone<br>Mahady & Mahady<br>223 South Maple Avenue<br>Greensburg, PA 15601 | Contact phone 724–834–2990<br><br>Email: robertslone223@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles O. Zebley Jr.<br>P.O. Box 2124<br>Uniontown, PA 15401 | Contact phone 724–439–9200<br><br>Email: COZ@Zeblaw.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**           page **1**

Debtor **Jason A. McCullough** and **LaDonna M. McCullough**                                              Case number **17–21066–CMB**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 7/25/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 31, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Commissioners Hearing Room No.1, Westmoreland County Courthouse, Greensburg, PA 15601** |
| **8.**         **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/30/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/3/18**<br><br>**Filing deadline: 9/18/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-21066-CMB
Jason A. McCullough                                                     Chapter 7
LaDonna M. McCullough
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                   Page 1 of 2                  Date Rcvd: Jul 25, 2018
                               Form ID: 309B                Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db/jdb         Jason A. McCullough,    LaDonna M. McCullough,    302 E 4th St,   Derry, PA 15627-1618
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
aty           +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,   Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1945
aty           +Martin A. Mooney,    Schiller, Knapp, Lefkowitz & Hertzel LLP,    950 New Loudon Road,
                Suite 109,   Latham, NY 12110-2182
aty            Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1900
aty           +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
aty           +Thomas Song,   Phelan Hallinan Diamond & Jones, LLP,     1617 JFK Boulevard,    Suite 1400,
                Philadelphia, PA 19103-1814
tr            +Charles O. Zebley, Jr.,    P.O. Box 2124,   Uniontown, PA 15401-1724
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14385354       Berkheimer Tax Innovations,    PO Box 25153,   Lehigh Valley, PA 18002-5153
14385355       Blue Sky Realty,    362 N Park St,   Sykesville, PA 15865-1138
14385357      +Client Services Inc.,    3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
14398214      +First National Bank of Omaha,    c/o Brumbaugh and Quandahl, P.C.,
                4885 S. 118th Street, Ste 100,    Omaha, NE 68137-2241
14398754      +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
14385361       Latrobe Hospital,    1 Mellon Way,   Latrobe, PA 15650-1197
14385363       Nelnet/US Dept Education,    PO Box 740283,   Atlanta, GA 30374-0283
14385365       PA Department of Revenue,    PO Box 280432,   Harrisburg, PA 17128-0432
14520215      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14385366      +Pittsburgh Technical College,    1111 McKee Rd,   Oakdale, PA 15071-3205
14385371       Southern CA,    2420 Professional Dr,   Rocky Mount, NC 27804-2253
14385373       Westmoreland Emer Medical Specialists,    PO Box 1348,   Indiana, PA 15701-5348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: robertslone223@gmail.com Jul 26 2018 02:04:19     Robert H. Slone,
                Mahady & Mahady,   223 South Maple Avenue,    Greensburg, PA 15601
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2018 02:04:47     Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 26 2018 02:05:03
                Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
cr            +EDI: AISACG.COM Jul 26 2018 05:58:00      Sierra Auto Finance, LLC,    P.O. Box 165028,
                Irving, TX 75016-5028
14385356       EDI: CAPITALONE.COM Jul 26 2018 05:53:00      Capital One Bank USA N,    15000 Capital One Dr,
                Richmond, VA 23238-1119
14416980       EDI: CAPITALONE.COM Jul 26 2018 05:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
14385358       EDI: IRS.COM Jul 26 2018 05:58:00      Department of Treasury,    PO Box 804527,
                Cincinnati, OH 45280-4527
14385359       E-mail/Text: electronicbkydocs@nelnet.net Jul 26 2018 02:05:09      Dept of Education/Nelnet,
                121 S 13th St,   Lincoln, NE 68508-1904
14385360       E-mail/Text: bankruptcy.notices@hdfsi.com Jul 26 2018 02:05:27      Esb/Harley Davidson Credit,
                PO Box 21829,   Carson City, NV 89721-1829
14385362       E-mail/Text: electronicbkydocs@nelnet.net Jul 26 2018 02:05:09      Nelnet Claims,
                PO Box 82505,   Lincoln, NE 68501-2505
14400436       EDI: AGFINANCE.COM Jul 26 2018 05:48:00      ONEMAIN FINANCIAL,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
14385364       EDI: AGFINANCE.COM Jul 26 2018 05:48:00      Onemain,   PO Box 1010,
                Evansville, IN 47706-1010
14385368       EDI: PRA.COM Jul 26 2018 05:58:00      Portfolio Recovery Associates,    PO Box 12914,
                Norfolk, VA 23541-0914
14386049      +EDI: PRA.COM Jul 26 2018 05:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14400357       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2018 02:04:47
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa. 17128-0946
14385367       EDI: PRA.COM Jul 26 2018 05:58:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23541-4952
14390469       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 26 2018 02:19:22      Regional Acceptance Corporation,
                PO Box 1847,   Wilson, NC 27894-1847
14385369       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 26 2018 02:19:22      Regional Finance Corp,
                550 Ohio Pike Unit F,    Cincinnati, OH 45255-3472
14385370       E-mail/PDF: ais.sierra.ebn@americaninfosource.com Jul 26 2018 02:18:53      Sierra Auto Finance,
                5005 Lyndon B Johnson Fwy Ste 700,    Dallas, TX 75244-6145
```

```
District/off: 0315-2          User: mgut                   Page 2 of 2                   Date Rcvd: Jul 25, 2018
                              Form ID: 309B                Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14398254         E-mail/Text: peritus@ebn.phinsolutions.com Jul 26 2018 02:05:52
                 Sierra Auto Finance c/o Peritus Portfolio Services,   P.O. Box 141419,   Irving, TX 75014-1419
14393423        +E-mail/Text: electronicbkydocs@nelnet.net Jul 26 2018 02:05:09     U.S. Department of Education,
                 C/O Nelnet,   121 South 13th Street Suite 201,   Lincoln, NE 68508-1911
14385372         EDI: WFFC.COM Jul 26 2018 05:58:00     Wells Fargo Home Mortgage,   8480 Stagecoach Cir,
                 Frederick, MD 21701-4747
14405149         EDI: WFFC.COM Jul 26 2018 05:58:00     Wells Fargo Bank, N.A.,   Default Document Processing,
                 MAC# N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN, 55121-7700
                                                                                             TOTAL: 23

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Regional Acceptance Corporation
cr              Sierra Auto Finance LLC
cr*             Wells Fargo Bank, N.A.
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14683196*      +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
14663130*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
                                                                                 TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
```
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Martin A. Mooney    on behalf of Creditor   Sierra Auto Finance LLC ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert H. Slone    on behalf of Joint Debtor LaDonna M. McCullough robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone    on behalf of Debtor Jason A. McCullough robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas Song    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
                                                                                             TOTAL: 11
```