IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  17-21066-CMB |
| | ) | |
| Jason A. McCullough | ) | Chapter 13 |
| LaDonna M. McCullough | ) | Related to: |
|    aka LaDonna M. Johnson | ) | Document No.  60 |
|    aka LaDonna M. Simmons | ) | |
|        Debtors | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| LaDonna M. McCullough | ) | |
|    aka LaDonna M. Johnson | ) | |
|     aka LaDonna M. Simmons | ) | |
|        Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Southwestern Veterans' Center | ) | |
|        Respondent | ) | |

## ORDER OF COURT

AND NOW, this __26th__ day of __July__ 2018, it is ORDERED that the Wage Attachment Order entered in the above-captioned case on February 15, 2018 is hereby terminated.

BY THE COURT:

Carlota M. Böhm
U.S. Bankruptcy Judge

kmt

FILED
7/26/18 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 17-21066-CMB
Jason A. McCullough                                                  Chapter 7
LaDonna M. McCullough
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: kthe                Page 1 of 1              Date Rcvd: Jul 26, 2018
                               Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
jdb             LaDonna M. McCullough,    302 E 4th St,    Derry, PA  15627-1618
                Commonwealth of PA,    Southwestern VA Center,    7060 Highland Avenue,
                 Pittsburgh, PA  15206-1259

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Martin A. Mooney    on behalf of Creditor    Sierra Auto Finance LLC ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert H. Slone    on behalf of Joint Debtor LaDonna M. McCullough robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone    on behalf of Debtor Jason A. McCullough robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
                                                                                             TOTAL: 10