IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-21066-CMB |
| | ) | |
| Jason A. McCullough | ) | Chapter 7 |
| LaDonna M. McCullough | ) | |
|    aka LaDonna M. Johnson | ) | Document No. |
|    aka LaDonna M. Simmons | ) | |
| Debtors | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Robert H. Slone, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of the Debtor's Post-Conversion Report Pursuant to Rule 1019(5).

CBCS
PO Box 2724
Columbus, OH 43216

Excela Health Medical Group
PO Box 645189
Pittsburgh, PA 15264

Latrobe Hospital
One Mellon Way
Latrobe, PA 15650

Radiologic Consultants LTD
717 East Pittsburgh Street
Greensburg, PA 15601

AHN Emergency Group of Forbes, LTD
Attn #18914J
PO Box 14000
Belfast, ME 04915

Allegheny Health Network
PO Box 645266
Pittsburgh, PA 15264

Dated: August 6, 2018

/S/ ROBERT H. SLONE
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA  15601
(724) 834-2990
PA I.D. No. 19963
robertslone223@gmail.com