**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.  17-21066-CMB |
| | ) | |
| Jason A. McCullough | ) | Chapter 7 |
| LaDonna M. McCullough | ) | |
|    aka LaDonna M. Johnson | ) | Document No. |
|    aka LaDonna M. Simmons | ) | |
|                 Debtors | ) | |

**DEBTOR'S POST-CONVERSION REPORT**
**PURSUANT TO BANKRUPTCY RULE 1019 (5)**

The Debtors, Jason A. McCullough and LaDonna M. McCullough,  by and through

their attorneys Mahady & Mahady, Robert H. Slone, Esquire, file the following report

pursuant to Bankruptcy Rule 1019(5) and the Order Converting Case Under Chapter 13

to Case Under Chapter 7:

1.     Property acquired after the commencement of this case, but before the entry of

the conversion order consists of: A 2016 Jeep Patriot.

2.     Debtors incurred the following debts following the commencement of this case,

but prior to entry of the order for conversion:

| Creditor | Amount Owed |
|---|---|
| | |
| CBCS | $403.19 |
| Excela Health Medical Group | $581.19 |
| Latrobe Hospital | $54.16 |
| Latrobe Hospital | $200.00 |
| Radiologic Consultants, LTD | $47.00 |
| CBCS | $150.00 |

| AHN Emergency Group of Forbes, LTD | $498.75 |
| Allegheny Health Network | $110.00 |
| **TOTAL** | $2,044.29 |

Respectfully submitted,

Dated: <u>August 6, 2018</u>

/s/ ROBERT H. SLONE
Robert H. Slone
Attorney for Debtors
MAHADY & MAHADY
223 South Maple Street
Greensburg, PA 15601
(724) 834-2990
PA I.D. No. 19963
Robertslone223@gmail.com

/s/ JASON A. McCULLOUGH
Jason A. McCullough
Debtor

/s/ LaDONNA McCULLOUGH
LaDonna McCullough
Debtor