**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 17-21066-CMB** |
| **Jason A. McCullough** | ) | |
| **Ladonna M. McCullough** | ) | |
| **aka LaDonna M. Johnson** | ) | |
| **aka LaDonna M. Simmons** | ) | |
| | ) | |
| **Debtors** | ) | Chapter 13 |
| | ) | Document No. _____ |
| | ) | Related to Document No. 53 |

## CONSENT ORDER MODIFYING APRIL 3, 2018 ORDER

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 3, 2018 it is

ORDERED that Part "1.G." be amended to add the following: The Claim of Wells Fargo Bank (Claim No 9) shall fully govern with payment changes implemented;

IT IS FURTHER ORDERED that Part "1.G." be amended to add the following: The claim of the I.R.S. at Claim 1-2 shall fully govern.

The April 3, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_____
Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone - PA I.D. #42575
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
kdesimone@chapter13trusteewdpa.com

/s/ Jill Locnikar
Jill Locnikar
Assistant U.S. Attorney
United States of America
Joseph F. Weis, United States Courthouse
707 Grant Street Suite 4000
Pittsburgh PA 15219
412-894-7429
Jill.locnikar@usdoj.gov

/s/ Robert H. Slone
Robert H. Slone
Attorney for debtors
Mahady & Mahady
223 South Maple Avenue
Greensburg, PA 15601
724-834-2990
robertslone223@gmail.com

/s/ Jodi L. Hause
Jodi L. Hause, Esquire
Attorney for Wells Fargo
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street Suite 300
Pittsburgh PA 1521
412-745-0600
Jodi.hause@phelanhallinan.com