## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 17-21066-CMB** |
| Jason A. McCullough | ) | |
| Ladonna M. McCullough | ) | |
| aka LaDonna M. Johnson | ) | |
| aka LaDonna M. Simmons | ) | |
| | ) | |
| Debtors | ) | **Chapter 13** |
| | ) | **Document No. _____** |
| | ) | **Related to Document No. 53 , 80** |

### CONSENT ORDER MODIFYING APRIL 3, 2018 ORDER

AND NOW, this ___7th___ day of ____August____, 2018,

upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as

evidenced by signatures of counsel as set forth below, said agreement being the result of

discussions held between the parties following the entry of the confirmation order dated

April 3, 2018 it is

ORDERED that Part "1.G." be amended to add the following:  The Claim of

Wells Fargo Bank (Claim No 9) shall fully govern with payment changes implemented;

IT IS FURTHER ORDERED that Part "1.G." be amended to add the following:

The claim of the I.R.S. at Claim 1-2 shall fully govern.

The April 3, 2018 order otherwise remains in full force and effect.

BY THE COURT:

Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

FILED
8/7/18 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone - PA I.D. #42575
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
kdesimone@chapter13trusteewdpa.com

/s/ Jill Locnikar
Jill Locnikar
Assistant U.S. Attorney
United States of America
Joseph F. Weis, United States Courthouse
707 Grant Street Suite 4000
Pittsburgh PA 15219
412-894-7429
Jill.locnikar@usdoj.gov

/s/ Robert H. Slone
Robert H. Slone
Attorney for debtors
Mahady & Mahady
223 South Maple Avenue
Greensburg, PA 15601
724-834-2990
robertslone223@gmail.com

/s/ Jodi L. Hause
Jodi L. Hause, Esquire
Attorney for Wells Fargo
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street Suite 300
Pittsburgh PA 1521
412-745-0600
Jodi.hause@phelanhallinan.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-21066-CMB
Jason A. McCullough                                             Chapter 7
LaDonna M. McCullough
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe          Page 1 of 1          Date Rcvd: Aug 07, 2018
                              Form ID: pdf900     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db/jdb         Jason A. McCullough,   LaDonna M. McCullough,   302 E 4th St,   Derry, PA  15627-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                              Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
          Charles O. Zebley, Jr.   COZ@Zeblaw.com,  PA67@ecfcbis.com;Lyndie@Zeblaw.com
          James  Warmbrodt   on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Keri P. Ebeck   on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Martin A. Mooney   on behalf of Creditor   Sierra Auto Finance LLC ahight@schillerknapp.com,
           kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Regional Acceptance Corporation
           pashcroft@bernsteinlaw.com,  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert H. Slone   on behalf of Joint Debtor LaDonna M. McCullough robertslone223@gmail.com,
           rslone@pulsenet.com;G17689@notify.cincompass.com
          Robert H. Slone   on behalf of Debtor Jason A. McCullough robertslone223@gmail.com,
           rslone@pulsenet.com;G17689@notify.cincompass.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas  Song   on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
                                                                         TOTAL: 10