**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JASON A. MCCULLOUGH
LADONNA M. MCCULLOUGH
    Debtor(s)

Case No.:17-21066

Ronda J. Winnecour
    Movant
   vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/20/2017 and confirmed on 05/01/2017. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 45,752.96 |
| Less Refunds to Debtor | 5,605.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,147.96 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,000.00 | |
|    Trustee Fee | 1,852.98 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,852.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   WELLS FARGO BANK NA<br>    Acct: 0338 | 0.00 | 10,823.25 | 0.00 | 10,823.25 |
|   WELLS FARGO BANK NA<br>    Acct: 0338 | 4,660.75 | 4,660.75 | 0.00 | 4,660.75 |
|   BLUE SKY REALTY<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BLUE SKY REALTY<br>    Acct: | 0.00 | 9,000.00 | 0.00 | 9,000.00 |
|   BLUE SKY REALTY<br>    Acct: | 1,800.00 | 1,800.00 | 0.00 | 1,800.00 |
|   HARLEY DAVIDSON CREDIT CORP*<br>    Acct: 8487 | 0.00 | 0.00 | 0.00 | 0.00 |
|   REGIONAL ACCEPTANCE CORP<br>    Acct: 9801 | 8,200.00 | 1,183.23 | 618.06 | 1,801.29 |
|   SIERRA AUTO FINANCE<br>    Acct: 5672 | 10,194.00 | 2,478.08 | 607.72 | 3,085.80 |
| | | | | 31,171.09 |

Priority

| 17-21066 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | ROBERT HENRY SLONE ESQUIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JASON A. MCCULLOUGH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JASON A. MCCULLOUGH | 2,743.48 | 2,743.48 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JASON A. MCCULLOUGH | 2,861.52 | 2,861.52 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MAHADY & MAHADY | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DERRY TOWNSHIP (EIT) | 531.00 | 112.44 | 0.00 | 112.44 |
| | Acct: 0499 | | | | |
| | INTERNAL REVENUE SERVICE* | 19,577.84 | 4,145.52 | 0.00 | 4,145.52 |
| | Acct: 0499 | | | | |
| | PA DEPARTMENT OF REVENUE* | 4,089.43 | 865.93 | 0.00 | 865.93 |
| | Acct: 0499 | | | | |
| | | | | | 5,123.89 |
| Unsecured | | | | | |
| | CAPITAL ONE BANK NA** | 600.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 5067 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 812.03 | 0.00 | 0.00 | 0.00 |
| | Acct: 3395 | | | | |
| | US DEPARTMENT OF EDUCATION - NELNE | 5,694.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 6573 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3279 | | | | |
| | LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ONE MAIN FINANCIAL GROUP LLC A/S/F W | 3,514.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 5658 | | | | |
| | PITTSBURGH TECHNICAL INSTITUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,241.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 8537 | | | | |
| | SOUTHERN CA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2037 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8537 | | | | |
| | INTERNAL REVENUE SERVICE* | 3,118.68 | 0.00 | 0.00 | 0.00 |
| | Acct: 0499 | | | | |
| | FIRST NATIONAL BANK OF OMAHA | 5,253.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 0641 | | | | |
| | PA DEPARTMENT OF REVENUE* | 689.84 | 0.00 | 0.00 | 0.00 |
| | Acct: 0499 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 779.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 0578 | | | | |
| | SIERRA AUTO FINANCE | 1,723.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 5672 | | | | |
| | HARLEY DAVIDSON CREDIT CORP* | 9,471.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 8487 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | BRITNEY JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| 17-21066 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
| Unsecured | | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WESTMORELAND EMERGENCY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 36,294.98 |
| TOTAL CLAIMED | | |
| PRIORITY | 24,198.27 | |
| SECURED | 24,854.75 | |
| UNSECURED | 32.899.88 | |

Date: 08/30/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com