| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jason A. McCullough** | Social Security number or ITIN **xxx–xx–0499** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **LaDonna M. McCullough** | Social Security number or ITIN **xxx–xx–6573** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **17–21066–CMB** | | |

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason A. McCullough                    LaDonna M. McCullough
                                       aka LaDonna M. Johnson, aka LaDonna M. Simmons

10/31/18                               **By the court:**  Carlota M. Bohm
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 17-21066-CMB
Jason A. McCullough                                                 Chapter 7
LaDonna M. McCullough
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: admin                Page 1 of 2              Date Rcvd: Oct 31, 2018
                              Form ID: 318               Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
```
db/jdb         Jason A. McCullough,   LaDonna M. McCullough,    302 E 4th St,   Derry, PA 15627-1618
cr            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14893772      +AHN Emergency Group of Forbes LTD,   Attn #18914J,   PO Box 14000,   Belfast, ME 04915-4033
14893771      +Allegheny Health Network,   PO Box 645266,   Pittsburgh, PA 15264-5250
14385354       Berkheimer Tax Innovations,   PO Box 25153,   Lehigh Valley, PA 18002-5153
14385355       Blue Sky Realty,   362 N Park St,   Sykesville, PA 15865-1138
14893766      +CBCS,   PO Box 2724,   Columbus, OH 43216-2724
14385357      +Client Services Inc.,   3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
14893767      +Excela Health Medical Group,   PO Box 645189,   Pittsburgh, PA 15264-5189
14398214      +First National Bank of Omaha,   c/o Brumbaugh and Quandahl, P.C.,
               4885 S. 118th Street, Ste 107,   Omaha, NE 68137-2241
14398754      +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
14385361       Latrobe Hospital,   1 Mellon Way,   Latrobe, PA 15650-1197
14893768      +Latrobe Hospital,   One Mellon Way,   Latrobe, PA 15650-1197
14385363       Nelnet/US Dept Education,   PO Box 740283,   Atlanta, GA 30374-0283
14385365       PA Department of Revenue,   PO Box 280432,   Harrisburg, PA 17128-0432
14520215      +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14385366      +Pittsburgh Technical College,   1111 McKee Rd,   Oakdale, PA 15071-3205
14893769      +Radiologic Consultants LTD,   717 East Pittsburgh Street,   Greensburg, PA 15601-2636
14385371       Southern CA,   2420 Professional Dr,   Rocky Mount, NC 27804-2253
14385373       Westmoreland Emer Medical Specialists,   PO Box 1348,   Indiana, PA 15701-5348
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2018 03:13:59     Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA 17128-0946
cr            +EDI: AISACG.COM Nov 01 2018 06:38:00     Sierra Auto Finance, LLC,   P.O. Box 165028,
               Irving, TX 75016-5028
14385356       EDI: CAPITALONE.COM Nov 01 2018 06:38:00     Capital One Bank USA N,   15000 Capital One Dr,
               Richmond, VA 23238-1119
14416980       EDI: CAPITALONE.COM Nov 01 2018 06:38:00     Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC 28272-1083
14385358       EDI: IRS.COM Nov 01 2018 06:38:00     Department of Treasury,   PO Box 804527,
               Cincinnati, OH 45280-4527
14385359       E-mail/Text: electronicbkydocs@nelnet.net Nov 01 2018 03:14:21     Dept of Education/Nelnet,
               121 S 13th St,   Lincoln, NE 68508-1904
14385360       E-mail/Text: bankruptcy.notices@hdfsi.com Nov 01 2018 03:14:59     Esb/Harley Davidson Credit,
               PO Box 21829,   Carson City, NV 89721-1829
14385362       E-mail/Text: electronicbkydocs@nelnet.net Nov 01 2018 03:14:21     Nelnet Claims,
               PO Box 82505,   Lincoln, NE 68501-2505
14400436       EDI: AGFINANCE.COM Nov 01 2018 06:38:00     ONEMAIN FINANCIAL,   P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
14385364       EDI: AGFINANCE.COM Nov 01 2018 06:38:00     Onemain,   PO Box 1010,
               Evansville, IN 47706-1010
14385368       EDI: PRA.COM Nov 01 2018 06:38:00     Portfolio Recovery Associates,   PO Box 12914,
               Norfolk, VA 23541-0914
14386049      +EDI: PRA.COM Nov 01 2018 06:38:00     PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
14400357       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2018 03:13:59
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, Pa. 17128-0946
14385367       EDI: PRA.COM Nov 01 2018 06:38:00     Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4952
14390469       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 01 2018 03:11:54     Regional Acceptance Corporation,
               PO Box 1847,   Wilson, NC 27894-1847
14385369       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 01 2018 03:11:54     Regional Finance Corp,
               550 Ohio Pike Unit F,   Cincinnati, OH 45255-3472
14385370       E-mail/PDF: ais.sierra.ebn@americaninfosource.com Nov 01 2018 03:12:34     Sierra Auto Finance,
               5005 Lyndon B Johnson Fwy Ste 700,   Dallas, TX 75244-6145
14398254       E-mail/Text: peritus@ebn.phinsolutions.com Nov 01 2018 03:15:18
               Sierra Auto Finance c/o Peritus Portfolio Services,   P.O. Box 141419,   Irving, TX 75014-1419
14393423      +E-mail/Text: electronicbkydocs@nelnet.net Nov 01 2018 03:14:21     U.S. Department of Education,
               C/O Nelnet,   121 South 13th Street Suite 201,   Lincoln, NE 68508-1911
14385372       EDI: WFFC.COM Nov 01 2018 06:38:00     Wells Fargo Home Mortgage,   8480 Stagecoach Cir,
               Frederick, MD 21701-4747
14405149       EDI: WFFC.COM Nov 01 2018 06:38:00     Wells Fargo Bank, N.A.,   Default Document Processing,
               MAC# N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN, 55121-7700
                                                                                              TOTAL: 21
```

```
District/off: 0315-2          User: admin              Page 2 of 2                   Date Rcvd: Oct 31, 2018
                              Form ID: 318             Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Regional Acceptance Corporation
cr              Sierra Auto Finance LLC
cr              Wells Fargo Bank, N.A.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14683196*      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14663130*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
                                                                                            TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
               PA67@ecfcbis.com;Lyndie@Zeblaw.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com,    PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Martin A. Mooney    on behalf of Creditor   Sierra Auto Finance LLC ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert H. Slone    on behalf of Joint Debtor LaDonna M. McCullough robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone    on behalf of Debtor Jason A. McCullough robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas Song    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
                                                                                             TOTAL: 11
```